Waiver of Indictment                                              Cr. Form No. 18

# RECEIVED United States District Court

**MAR 08 2011**

FOR THE

**CLERK, U.S. DISTRICT COURT**
**MINNEAPOLIS, MINNESOTA**

## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | Criminal No. 11-CR-6(01) JNE |
| ) | |
| PAMELA MARIE DELLIS,       ) | |
| ) | |

Pamela Marie Dellis, above-named defendant, who is accused of violating 18 U.S.C. § 371, Conspiracy, and 18 U.S.C. § 1956, Money Laundering, being advised of the nature of the charges and of her rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 3-7-11

_____
PAMELA MARIE DELLIS, Defendant

_____
ROBERT M. LEWIS, Witness

_____
CRAIG CASCARANO, Esq.

SCANNED
MAR - 8 2011
U.S. DISTRICT COURT MPLS